## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Orix Capital Markets LLC

                         Plaintiff,

v.                                          Case No.: 1:08–cv–01492
                                                    Honorable Elaine E. Bucklo

Commercial Ventures Inc

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo: The case was called for status hearing. Parties failed to appear and the case is therefore dismissed for want of prosecution.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.