# United States District Court

## Northern District of Illinois

### Eastern Division

Orix Capital                                     **JUDGMENT IN A CIVIL CASE**

        v.                                                  Case Number: 08 C 1492

Commercial Ventures

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

                                                              Michael W. Dobbins, Clerk of Court

Date: 5/2/2008                                   _____
                                                            /s/ Mathew P. John, Deputy Clerk