**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Orix Capital Markets LLC
                Plaintiff,

v.                                       Case No.: 1:08−cv−01492
                                           Honorable Elaine E. Bucklo

Commercial Ventures Inc
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiff's motion (8) to vacate judgment dismissing the case heard on 5/7/08 and the motion is granted. Status hearing set for 8/6/2008 at 09:30 AM. Discovery is ordered closed on 8/28/08.; Case reopened.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.