UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Orix Capital Markets LLC
                          Plaintiff,

v.                                         Case No.: 1:08–cv–01492
                                                             Honorable Elaine E. Bucklo

Commercial Ventures Inc
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to plaintiff's request, this action is dismissed without prejudice and with leave to reinstate. The court retains jurisdiction to enforce the terms of settlement.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.